

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00053-CV

Ebony **HARDMAN**,
Appellant

v.

**DIAMOND RIDGE APARTMENTS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 390,226
Honorable Jason Pulliam, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  March 12, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal.  Appellee has not filed any opposition to the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM